**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Abraham Alvarado-Martinez,<br><br>Defendant. | No. CR-20-01364-001-TUC-JGZ (EJM)<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Extend time to File Notice of Appeal/Motion to Appoint New Counsel (Doc. 34). In the motion, filed January 14, 2021, Defendant requests that the Court extend the time for filing his notice of appeal of the December 2, 2020 final judgment and sentence. In explanation, Defendant states only that counsel was recently advised by Defendant that he was unhappy with the sentence imposed and he wished to file an appeal.

A notice of appeal must be filed within fourteen days of the entry of the order being appealed.  Rule 4(b)(1), Fed. R. App. P.  Appellate Rule 4(b)(4) provides that the district court may extend by thirty days the time for filing a notice of appeal upon a showing of excusable neglect or good cause. Rule 4(b)(4), Fed. R. App. P.  In determining whether the Defendant demonstrates excusable neglect, the Court considers four factors: (1) the danger of prejudice to the non-moving party, (2) the length of delay and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it was within the reasonable control of the movant, and (4) whether the moving party's conduct was in good

faith. *See Pincay v. Andrews*, 389 F.3d 853, 855 (9th Cir. 2004).

The pending motion does not provide a basis from which the Court could find excusable neglect or good cause as Defendant does not explain the reason for the untimely filing. *Cf. Pincay v. Andrews*, 389 F.3d 853, 860 (9th Cir. 2004) (concluding district court did not abuse its discretion in finding excusable neglect where attorney missed deadline for filing notice of appeal due to calendaring error). Also, Defendant does not identify circumstances beyond his control or a good faith basis for the untimely filing.

Accordingly,

**IT IS ORDERED** that the Defendant may file a supplement to the Motion to Extend Time to File Notice of Appeal/Motion to Appoint New Counsel within seven (7) days of the date of this order. If Defendant fails to file a supplement, the Motion will be denied without further notice.

Dated this 10th day of February, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge