**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-20-01364-001-TUC-JGZ (EJM) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Abraham Alvarado-Martinez, | |
| Defendant. | |

Pending before the Court is Defendant's Motion to Extend Time to File Notice of Appeal/Motion to Appoint New Counsel, and Defendant's Supplement to the Motion. (Docs. 34, 39). The Court will deny the motion.

A notice of appeal must be filed within fourteen days of the entry of the order being appealed. Rule 4(b)(1), Fed. R. App. P. Appellate Rule 4(b)(4) provides that the district court may extend by thirty days the time for filing a notice of appeal upon a showing of excusable neglect or good cause. Rule 4(b)(4), Fed. R. App. P. In determining whether the Defendant demonstrates excusable neglect, the Court considers four factors: (1) the danger of prejudice to the non-moving party, (2) the length of delay and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it was within the reasonable control of the movant, and (4) whether the moving party's conduct was in good faith. *See Pincay v. Andrews*, 389 F.3d 853, 855 (9th Cir. 2004). Alternatively, "'[g]ood cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir.

2010).

The pending motion and supplement do not provide a basis from which the Court could find excusable neglect or good cause. After Defendant pleaded guilty and the time for an appeal had run, Defendant informed counsel that he was now unhappy with the sentence imposed, that he deserved less time, and that he wished to file an appeal. Defendant's sudden change of mind is not excusable neglect or good cause. *See United States v. Rubio-Rios*, 656 Fed. App'x 880, 881 (9th Cir. 2016) (mem. decision) ("[A] change of heart is insufficient to demonstrate either excusable neglect or good cause for Defendant's delay.").

Accordingly,

**IT IS ORDERED** that the Defendant's Motion to Extend Time to File Notice of Appeal/Motion to Appoint New Counsel (Doc. 34) is **DENIED**. The Clerk of the Court is instructed to provide the Ninth Circuit with a copy of this Order.

Dated this 23rd day of February, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge